**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
THALIA CALIXTO,

               Plaintiff,            19-CV-9318 (ER) (OTW)

               -against-            **SCHEDULING ORDER**

CRAIN COMMUNICATIONS, INC., et al.,

               Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Scheduling Call on Tuesday, February 23, 2021 at 12:00 p.m.**  The dial in information is (866) 390-1828, access code 1582687.  The Court will email a security code to the parties.

**SO ORDERED.**

                                                                          *s/ Ona T. Wang*

Dated: February 3, 2021                              **Ona T. Wang**
       New York, New York                        United States Magistrate Judge